UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOHN R. MACKENZIE JOBBER, INC.,

    Plaintiff,

v.                                        Case No.  8:07-cv-214-T-30MAP

MID-CONTINENT CASUALTY
COMPANY,

    Defendant.
_____/

## ORDER OF DISMISSAL

Before the Court is the Joint Stipulation for Voluntary Dismissal with Prejudice (Dkt. #37).  In accordance with same, it is

**ORDERED AND ADJUDGED** as follows:

1.    This cause is dismissed with prejudice, each party to bear their own costs and fees.

2.    All pending motions are denied as moot.

3.    The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on July 30, 2008.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2007\07-cv-214.dismissal 37.wpd